ANDREW D. HEROLD, ESQ., BAR NO. 178640
aherold@heroldsagerlaw.com
NICHOLAS B. SALERNO, ESQ., BAR NO. 167840
nsalerno@heroldsagerlaw.com
DREW P. ROSELL, ESQ., BAR NO. 306524
drosell@heroldsagerlaw.com
HEROLD & SAGER
550 Second Street, Suite 200
Encinitas, CA  92024
(760) 487-1047 / (760) 487-1064 FAX

Attorneys for Defendant ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY (erroneously sued herein as ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY dba ENDURANCE INTERNATIONAL INSURANCE)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JAD JABER and SUAD JABER, individually and as trustees for the JABER FAMILY LIVING TRUST; NAJEEB SHIHADEH, an individual; MARY CHRISTINE SHIHADEH, an individual; DAOUD SALFITI, an individual; FAHED SALFITI, an individual; and HAIFA SALFITI, an individual,<br><br>            Plaintiffs,<br>    vs.<br><br>ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY dba ENDURANCE INTERNATIONAL INSURANCE; SOMPO INTERNATIONAL HOLDINGS LTD, and DOES 1 through 20, inclusively,<br><br>            Defendants. | CASE NO. 3:20-cv-04957-RS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Richard Seeborg |

/ / /

/ / /

/ / /

/ / /

---

1

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE                    CASE NO. 3:20-cv-04957-RS

1  Plaintiffs JAD JABER and SUAD JABER, Individually and as trustees for the JABER
2  FAMILY LIVING TRUST, NAJEEB SHIHADEH, MARY CHRISTINE SHIHADEH, DAOUD
3  SALFITI, FAHED SALFITI and HAIFA SALFITI (collectively, "Plaintiffs") and Defendant
4  ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY dba SOMPO
5  INTERNATIONAL INSURANCE ("Endurance"), by and through their respective undersigned
6  counsel, hereby jointly stipulate as follows:
7      1.   On May 10, 2021, the parties filed a Notice of Dismissal (ECF No. 38);
8      2.   Later on May 10, 2021, the Court issued a Standby Order of Dismissal (ECF No.
9  39) vacating all pretrial and trial dates and requiring the parties to file a stipulation of dismissal by
10 June 24, 2021 or appear on July 1, 2021, and show cause why the case should not be dismissed;
11     3.   The parties have exchanged a proposed settlement agreement, but additional time is
12 needed to finalize the agreement and to fund the settlement under the terms of the agreement
13 before dismissal is warranted;
14     4.   Based upon the foregoing, the parties agree and stipulate that good cause exists and
15 respectfully request that the Court extend the deadline to submit a stipulation of dismissal by 90
16 days to allow the parties to finalize the settlement before the dismissal of this matter; and
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

5. The person filing this document hereby attests that all signatories indicated with an "/s/", and on whose behalf this filing is submitted, concur in the document's content and have authorized filing of the same.

DATED: June 24, 2021      **WESTON LAW GROUP, PC**

/s/ Stephanie Meyer
Jonathan W. Black, Bar No. 275017
Jonathan@Westonlawpc.com
Stephanie Meyer, Bar No. 311036
Stephanie@Westonlawpc.com
Attorneys for Plaintiffs JAD JABER, SUAD JABER, individually and as trustees for the JABER FAMILY LIVING TRUST, NAJEEB SHIHADEH, MARY CHRISTINE SHIHADEH, DAOUD SALFITI, and HAIFA SALFITI

DATED: June 24, 2021      **HEROLD & SAGER**

/s/ Nicholas B. Salerno
Andrew D. Herold, Bar No. 178640
aherold@heroldsagerlaw.com
Nicholas B. Salerno, Bar No. 167840
nsalerno@heroldsagerlaw.com
Drew P. Rosell, Bar No. 306524
drosell@heroldsagerlaw.com
Attorneys for Defendant ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY dba SOMPO INTERNATIONAL INSURANCE

<u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED that the parties shall file a stipulation of dismissal on or before 90 days from the entry of this order.

DATED: _____6/24/2021_____    _____
                                                  JUDGE OF THE UNITED STATES DISTRICT COURT